# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION
### 2:06cv5

| | |
|---|---|
| MARTHA M. McHAN, ) | |
| Plaintiff, ) | |
| Vs. ) | ORDER |
| UNITED STATES OF AMERICA; and ) | |
| CHARLES W. McHAN, ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on the joint Motion to Enlarge Time to Mediate and Designate Mediator. In addition to allowing such motion, the court will require the filing of the Report of the Mediator not later than Monday, March 3, 2008.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties file the Report of the Mediator not later than March 3, 2008.

Signed: January 15, 2008

Dennis L. Howell
United States Magistrate Judge

-1-