**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:06cv5**

| | | |
|---|---|---|
| **MARTHA M. McHAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| **and CHARLES McHAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Report of Mediator in

Federal Court Action [Doc. 59].

The mediator has advised the Court that this matter has been settled.

The Court will allow the parties until **July 13, 2008** to file a stipulation of

dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a

stipulation of dismissal on or before **July 13, 2008**.

Signed: June 16, 2008

Martin Reidinger
United States District Judge